950

## In re CORELOGIC SOLUTIONS, LLC.

### No. 2014–1489.

United States Court of Appeals,
Federal Circuit.

July 15, 2014.

Eric Shumsky, Attorney, Orrick, Herrington & Sutcliffe LLP, Thomas A. Rozylowicz, Esq., Fish & Richardson, P.C., Washington, DC, Indra Neel Chatterjee, Esq., Attorney, Andrew S. Ong, Attorney, Orrick, Herrington & Sutcliffe LLP, Menlo Park, CA, Alec Orenstein, Orrick, Herrington & Sutcliffe LLP, New York, NY, Nathan K. Kelley, Solicitor, Molly R. Silfen, Associate Solicitor, Scott Weidenfeller, United States Patent and Trademark Office Office Of The Solicitor, Alexandria, VA, for In re Corelogic Solutions, LLC.

### ORDER

CoreLogic Solutions, LLC moves without opposition to voluntarily dismiss its appeal. The Deputy Director of the United States Patent and Trademark Office moves to intervene in this appeal and to modify the official caption.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted.

(2) Each party shall bear its own costs.

(3) The motion to intervene is granted. The revised official caption is reflected above.